JS 44
(Rev. 07/89)

# CIVIL COVER SHEET

#114278

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I (a) PLAINTIFFS**
Mark Crawford

**DEFENDANTS** B-00-151
Bruce Christian, in his Individual and Official Capacities and Sharyland Independent School District

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** Michigan
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

United States District Court
Southern District of Texas
FILED
OCT 0 2 2000
Michael N. Milby
Clerk of Court

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**
Michael R. Cowen
MICHAEL R. COWEN, P.C.
765 E. 7th Street, Suite A
Brownsville, Tx. 78520

ATTORNEYS (IF KNOWN)

## II. BASIS OF JURISDICTION (PLACE AN × IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN × IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

|   | PTF | DEF |   | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

## IV. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)
Civil rights.

## V. NATURE OF SUIT (PLACE AN × IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury—Med Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury—Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates/etc |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| | | | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | Habeas Corpus | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☒ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
| ☐ 245 Tort Product Liability | ☒ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | |
| ☐ 290 All Other Real Property | | ☐ 550 Other | | | |

## VI. ORIGIN (PLACE AN × IN ONE BOX ONLY)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VII. REQUESTED IN COMPLAINT:
CHECK IF THIS IS A **CLASS ACTION**
☐ UNDER F.R.C.P. 23
**DEMAND $** $2,000,000
Check YES only if demanded in complaint:
**JURY DEMAND:** ☒ YES ☐ NO

## VIII. RELATED CASE(S) IF ANY (See instructions):
JUDGE _____ DOCKET NUMBER _____

DATE 10/2/00
SIGNATURE OF ATTORNEY OF RECORD
Michael R. Cowen

UNITED STATES DISTRICT COURT

United States District Court
Southern District of Texas
FILED

OCT 02 2000

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARK CRAWFORD | § | CIVIL ACTION NO. B-00-151 |
| V. | § § § | |
| BRUCE CHRISTIAN, in his Individual And Official Capacities, and SHARYLAND INDEPENDENT SCHOOL DISTRICT | § § § § § | JURY DEMANDED |

### PLAINTIFF'S ORIGINAL COMPLAINT

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW Mark Crawford, Plaintiff, and files this his Plaintiff's Original Complaint. For cause of action, Plaintiff would show unto the Honorable Court as follows:

### PARTIES

1. Plaintiff Mark Crawford is an individual.

2. Defendant Bruce Christian is an individual and a citizen of Texas. He may served with process at his residence, 2002 Anacua Circle, Edinburg, Texas 78539.

3. Defendant Sharyland Independent School District is a governmental entity and a citizen of Texas. It may be served with process by serving the President of the school board, or by serving the superintendent, Dr. Sandra Reed.

### VENUE AND JURISDICTION

4. This Court possesses federal question jurisdiction because Plaintiff is bringing a claim under 42 U.S.C. § 1983.

5.  Venue is proper in the Southern District of Texas because all events giving rise to Plaintiff's claim occurred in the district, and because both Defendants reside in the district.

## FACTS

6.  On September 23, 1997, Plaintiff was a minor and a student at Sharyland High School.

7.  Plaintiff's parents had never given consent for the school to paddle or give other corporal punishment to Plaintiff.

8.  On September 23, 1997, Sharyland Independent School District had a policy, practice, and/or custom of paddling students.

9.  On September 23, 1997, Bruce Christian was employed by Sharyland Independent School District.

10. Despite this policy, practice, and/or custom, Bruce Christian did not receive proper training in how to paddle a student without causing injury.

11. On September 23, 1997, Bruce Christian paddled Plaintiff.

12. When he paddled Plaintiff, he struck him in the back, rather than on the buttocks.

13. This blow to Plaintiff's back caused severe injuries, including herniated discs at L4-L5 and L5-S1.

14. Upon information and belief, Bruce Christian had improperly hit other children on the back with a paddle. However, even after these prior incidents, he received no reprimand or instruction on proper paddling techniques.

## FIRST CAUSE OF ACTION

## 42 U.S.C. § 1983

15. Bruce Christian violated Plaintiff's civil and Constitutional rights by striking him in the back with a paddle, by paddling him with such force that he caused serious injury, and by paddling him without parental consent. These violations were a direct and proximate cause of Plaintiff's injuries.

16. A policy, practice, and/or custom of Sharyland Independent School District proximately caused the above-described violation of Plaintiff's civil and Contitutional rights. Specifically, Sharyland I.S.D.'s policy, practice, and or custom to paddle students, to inadequately train students, and, upon information and belief, to paddle students without parental consent.

## SECOND CAUSE OF ACTION

## COMMON LAW ASSAULT AND BATTERY

17. Bruce Christian's paddling of Mark Crawford constituted assault and battery.

18. Plaintiff's consent was ineffective because he was a minor, and his parents did not give consent.

19. In the alternative, Plaintiff did not consent to being struck in the back (rather than the buttocks) or to being struck with such force that he suffered severe injury.

## THIRD CAUSE OF ACTION

### NEGLIGENCE

20. Bruce Christian was negligent in his paddling of Mark Crawford. He was negligent in hitting him in the back, rather than the buttocks, in hitting him with the edge of the paddle, and in striking with too much force. Said negligence proximately caused Plaintiff's damages.

### DAMAGES

21. As a direct and proximate result of Defendants' misfeasance and malfeasance, Plaintiff has suffered, and in reasonable probability will suffer in the future, the following elements of damages:

   a. Medical expenses;

   b. Loss of earning capacity;

   c. Pain and suffering;

   d. Physical impairment;

   e. Mental Anguish.

22. For these damages, Plaintiff seeks to recover one million dollars.

23. Plaintiff also seeks to recover attorney's fees on his civil rights claim.

24. Plaintiff also seeks to recover punitive damages in the amount of one million dollars.

25. Plaintiff also seeks to recover costs of court, prejudgment interest, and postjudgment interest.

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that citation be issued and that Defendants be served, and that upon a jury trial in this case, that Plaintiff be awarded $1,000,000.00 in actual damages, $1,000,000.00 in punitive

damages, attorney's fees, costs of court, prejudgment interest, and postjudgment interest.

        Respectfully Submitted,

        MICHAEL R. COWEN, P.C.
        765 E. 7th Street, Suite A
        Brownsville, Texas 78520
        (956) 541-4981
        (956) 504-3674 (FAX)

        _____
        Michael R. Cowen, P.C.
        Federal ID No. 19967
        State Bar No. 00795306

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

_____ DISTRICT OF _____

MARK CRAWFORD

V.

BRUCE CHRISTIAN, in his Official Capacities and SHARYLAND INDEPENDENT SCHOOL DISTRICT

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: B-00-151

TO: (Name and address of defendant)

Sharyland Independent School District
By serving the President of the School Board
or Superintendent, Dr. Sanda Reed
1106 Shary Road
Sharyland, Tx.

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Michael R. Cowen
MICHAEL R. COWEN, P.C.
765 E. 7th Street, Suite A
Brownsville, Tx. 78520

an answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael N Milby, Clerk

DATE 10/2/00

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

_____ DISTRICT OF _____

MARK CRAWFORD

V.

BRUCE CHRISTIAN, in his Official
Capacities and SHARYLAND
INDEPENDENT SCHOOL DISTRICT

## SUMMONS IN A CIVIL CASE

CASE NUMBER:

B-00-151

TO: (Name and address of defendant)

BRUCE CHRISTIAN
2002 Anacua Circle
Edinburg, TX 78539

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Michael R. Cowen
MICHAEL R. COWEN, P.C.
765 E. 7th Street, Suite A
Brownsville, Tx. 78520

an answer to the complaint which is herewith served upon you, within ___twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael N Milby, Clerk

_signature_
DEPUTY CLERK

10/2/00
DATE