AO 440 (Rev. 10/93) Summons in a Civil Action

# RETURN OF SERVICE

B-00-151

Service of the Summons and Complaint was made by me[1]

DATE: October 4, 2000

NAME OF SERVER (PRINT): Beatrice Cantu

TITLE: Process Server

Check one box below to indicate appropriate method of service

[✓] Served personally upon the defendant. Place where served: 1106 Shary Road, Sharyland, TX

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

United States District Court
Southern District of Texas
FILED
OCT 1 0 2000
Michael N. Milby
Clerk of Court

[ ] Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on October 4, 2000
Date

Signature of Server: Beatrice Cantu

Address of Server: 7417 N. 10th St., McAllen, TX 78504

SUBSCRIBED AND SWORN TO ME
ON THE 4 DAY OF OCT 19 2000

Cynthia Cantu
NOTARY PUBLIC

CYNTHIA C. CANTU
NOTARY PUBLIC
State of Texas
Comm. Exp. 03-21-2001

United States District Court
Southern District of Texas
RECEIVED
OCT 1 0 2000
Michael N. Milby, Clerk of Court

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

3

AO 440 (Rev. 10/93) Summons In a Civil Action

# United States District Court

_____ DISTRICT OF _____

ORIGINAL COPY

MARK CRAWFORD

V.

BRUCE CHRISTIAN, in his Official
Capacities and SHARYLAND
INDEPENDENT SCHOOL DISTRICT

### SUMMONS IN A CIVIL CASE

CASE NUMBER: B-00-151

TO: (Name and address of defendant)

Sharyland Independent School District
By serving the President of the School Board
or Superintendent, Dr. Sanda Reed
1106 Shary Road
Sharyland, Tx.

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Michael R. Cowen
MICHAEL R. COWEN, P.C.
765 E. 7th Street, Suite A
Brownsville, Tx. 78520

answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael N Milby, Clerk                    10/2/00
_____         _____
CLERK                                     DATE

_____
(BY) DEPUTY CLERK