AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

B-00-151 4

| Service of the Summons and Complaint was made by me[1] | DATE October 4, 2000 |
|---|---|
| NAME OF SERVER *(PRINT)* Gilbert Cantu Jr. | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: 2002 Anacua Circle Edinburg TX 78539

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

United States District Court
Southern District of Texas
FILED

OCT 10 2000

Michael N. Milby
Clerk of Court

☐ Other *(specify)*: ______

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on October 4, 2000
*Date*

Gilbert Cantu Jr.
*Signature of Server*

7417 N. 10th St - McAllen TX 78504
*Address of Server*

United States District Court
Southern District of Texas
RECEIVED

OCT 10 2000

Michael N. Milby, Clerk of Court

SUBSCRIBED AND SWORN TO ME ON THE 4 DAY OF Oct 2000

Cynthia C Cantu
NOTARY PUBLIC

CYNTHIA C. CANTU
NOTARY PUBLIC
State of Texas
Comm Exp 03-21-200

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons In a Civil Action

# United States District Court ORIGINAL

DISTRICT OF

MARK CRAWFORD

V.

BRUCE CHRISTIAN, in his Official Capacities and SHARYLAND INDEPENDENT SCHOOL DISTRICT

## SUMMONS IN A CIVIL CASE

CASE NUMBER: B-00-151

TO: (Name and address of defendant)

BRUCE CHRISTIAN
2002 Anacua Circle
Edinburg, TX 78539

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Michael R. Cowen
MICHAEL R. COWEN, P.C.
765 E. 7th Street, Suite A
Brownsville, Tx. 78520

answer to the complaint which is herewith served upon you, within twenty (20) days after ·rvice of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken ·ainst you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a ·asonable period of time after service.

Michael N Milby, Clerk

ERK

10/2/00

DATE

) DEPUTY CLERK

ClibPDF - www.fastio.com