United States District Court
Southern District of Texas
FILED

OCT 2 0 2000

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARK CRAWFORD | § | |
| | § | CIVIL ACTION NO. B-00-151 |
| V. | § | |
| | § | |
| BRUCE CHRISTIAN, in his Individual | § | JURY DEMANDED |
| And Official Capacities, and | § | |
| SHARYLAND INDEPENDENT | § | |
| SCHOOL DISTRICT | § | |

## PLAINTIFF'S LIST OF INTERESTED PARTIES

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

To the best of Plaintiff's knowledge, the only parties that are financially interested in this matter are:

1. Plaintiff Mark Crawford;

2. Defendant Bruce Christian;

3. Defendant Sharyland Independent School District; and

4. Plaintiff's attorney, Michael R. Cowen, P.C., which has a contingent fee interest in any recovery Plaintiff may have.

Respectfully Submitted,

MICHAEL R. COWEN , P.C.
765 E. 7th Street, Suite A
Brownsville, Texas 78520
(956) 541-4981
(956) 504-3674 (FAX)

_____
Michael R. Cowen, P.C.
Federal ID No. 19967
State Bar No. 00795306