IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 0 8 2000

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| MARK CRAWFORD, | § | |
| *Plaintiff*, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. |
| | § | B-00-151_ |
| BRUCE CHRISTIAN, in his Individual and | § | (JURY REQUESTED) |
| Official Capacities and | § | |
| SHARYLAND INDEPENDENT | § | |
| SCHOOL DISTRICT, | § | |
| *Defendants*. | § | |

**DEFENDANTS' NOTICE TO THE COURT OF THEIR FILING OF THEIR INITIAL DISCLOSURE TO PLAINTIFF UNDER FEDERAL RULE OF CIVIL PROCEDURE 26(a)**

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT:

COMES NOW, BRUCE CHRISTIAN, in his Individual and Official Capacities and SHARYLAND INDEPENDENT SCHOOL DISTRICT, and file this their Notice to the Court of their Filing of their Initial Disclosure to Plaintiff Under Federal Rule of Civil Procedure 26(a).

I.

Defendants hereby give notice to the Court of the filing of their Initial Disclosure under Federal Rule of Civil Procedure 26(a).

Signed on November 7, 2000.

Respectfully submitted,

WILLETTE & GUERRA, L.L.P.
International Plaza, Ste. 460
3505 Boca Chica Blvd.
Brownsville, Texas 78521
Telephone: (956) 541-1846
Facsimile: (956) 541-1893

By: _____
George C. Kraehe
State Bar No. 00792631
USDC Adm. No. 19355
Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been served by mailing same, certified mail, return receipt requested, on November 7, 2000, on all counsel of record as follows:

Michael R. Cowen, P.C.
765 E. 7th Street, Suite A
Brownsville, Texas 78520

_____
George C. Kraehe