9

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 1 4 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| Mark Crawford, | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-00-151 |
| | § | |
| Bruce Christian, in his Individual | § | |
| and Official Capacities, and | § | |
| Sharyland Independent School District, | § | |
| | § | |
| Defendants | § | |

## ORDER

BE IT REMEMBERED, that on February 13, 2001, the Court **ORDERED** the Parties to file a Joint Discovery/Case Management Plan in compliance with this Court's Chamber Rules by February 16, 2001 at 4:00 p.m.

DONE at Brownsville, Texas, this 14th day of February 2001.

Hilda G. Tagle
United States District Judge