United States District Court
Southern District of Texas
FILED

FEB 16 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARK CRAWFORD, | § | |
| *Plaintiff,* | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. |
| | § | B-00-151 |
| BRUCE CHRISTIAN, in his Individual and | § | (JURY REQUESTED) |
| Official Capacities and | § | |
| SHARYLAND INDEPENDENT | § | |
| SCHOOL DISTRICT, | § | |
| *Defendants.* | § | |

## JOINT REPORT ON MEETING REQUIRED BY RULE 26(F) AND JOINT DISCOVERY/CASE MANAGEMENT PLAN

1. State when and when the meeting of the parties required by Rule 26(f) was held, and identify the counsel who attended for each party.

   Michael Cowen, attorney for Plaintiff
   George Kraehe, attorneys for Defendants

   By telephone on November 14, 2000.

2. List the cases related to this one that are pending in any state or federal court with the case number and court.

   None.

3. Briefly describe what this case is about.

   This is a school corporal punishment case in which Plaintiff alleges claims under 42 U.S.C. § 1983, for negligence and for assault and battery.

4. Specify the allegation of federal jurisdiction.

   Jurisdiction and venue are proper in this Court under 28 U.S.C. §§ 1331 and 1334.

5. Name the parties who disagree and the reasons.

   None.

6. List anticipated additional parties that should be included, when they can be added, and by whom they were wanted.

   None.

7. List anticipated interventions.

   None.

8. Describe class-action issues.

   None.

9. State whether each party represents that it has made the initial disclosures required by Rule 26(a). If not, describe the arrangements that have been made to complete the disclosures.

   Defendants have made the initial disclosures required by Rule 26(a); Plaintiff has not. Plaintiff has agreed to make its initial disclosures within thirty (30) days.

10. Describe the proposed agreed discovery plan, including:

    A) Responses to all the matters raised in Rule 26(f).

       N/A

    B) When and to whom the plaintiff anticipates it may send interrogatories.

       Plaintiff anticipates sending interrogatories, requests for production, and requests for admissions to Defendants by February 15, 2001.

    C) When and to whom the defendant anticipates it may send interrogatories.

       Defendants anticipate sending interrogatories, requests for production, and requests for admission on Plaintiff by March 15, 2001.

    D) Of whom and by when the plaintiff anticipates taking oral depositions.

       Plaintiff anticipates taking the oral depositions of Defendant by July 15, 2001.

Plaintiff anticipates taking the oral depositions by that date of any other witnesses Defendants may designate.

E) Of whom and by when the defendant anticipates taking oral depositions.

Defendants anticipate taking the oral depositions of Plaintiff, Mark Crawford, and his parents, Victor and Gloria Crawford, by August 15, 2001. Defendants anticipate taking the oral depositions by that date of any other witnesses Plaintiff may designate.

F) When the plaintiff (or the party with the burden of proof on an issue) will be able to designate experts and provide the reports required by Rule 26(a)(2)(B), and when the opposing party will be able to designate responsive experts and provide their reports.

None at this time.

G) List expert depositions and plaintiff (or the party with the burden of proof on an issue) anticipates taking and their anticipated completion date. See Rule 26(a)(2)(B) (expert report).

None at this time.

H) List expert depositions the opposing party anticipates taking and their anticipated completion date. See Rule 26(a)(2)(B) (expert report).

None at this time.

11. If the parties are not agreed on a part of the discovery plan, describe the separate views and proposals of each party.

None.

12. Specify the discovery beyond initial disclosures that has been undertaken to date.

Defendants have propounded interrogatories, requests for production, and requests for admission on Plaintiff.

13. State the date the planned discovery can reasonably be completed.

We anticipate that planned discovery can reasonably be completed by September 15, 2001.

-3-

14. Describe the possibilities for a prompt settlement or resolution of the case that were discussed in your Rule 26(f) meeting.

   None at this time.

15. Describe what each party has done or agreed to do to bring about a prompt resolution.

   Each party is investigating the facts of this case with any eye to prompt resolution of this matter.

16. From the attorneys' discussion with the client, state the alternative dispute resolution techniques that are reasonably suitable, and state when such a technique may be effectively used in this case.

   Mediation may be considered at a later date.

17. Magistrate judges may now hear jury and non-jury trials. Indicate the parties' joint position on a trial before a magistrate judge.

   The parties agree to consent to trial before a magistrate.

18. State whether a jury demand has been made and if it was made on time.

   A jury demand was made on time.

19. Specify the number of hours it will take to present the evidence in this case.

   We anticipate it will take forty-eight (48) hours to present the evidence in this case.

20. List pending motions that could be ruled on at the initial pretrial and scheduling conference.

   Defendants' Rule 12(b)(6) Motion for Partial Dismissal.

21. List other motions pending.

   None at this time.

22. Indicate other matters peculiar to this case, including discovery, that deserve the special attention of the court at the conference.

   None.

23. Certify that all parties have filed Disclosure of Interested Parties as directed in the Order for Conference and Disclosure of Interested Parties, listing the date of filing for original and any amendments.

February 16, 2001.

24. List the names, bar numbers, addresses and telephone numbers of all counsel.

Signed on February 16, 2001.

| | |
|---|---|
| LAW OFFICE OF | LAW OFFICES OF |
| Michael Cowen, P.C. | WILLETTE & GUERRA, L.L.P. |
| 765 East 7th Street | International Plaza, Suite 460 |
| Brownsville, Texas 78520 | 3505 Boca Chica Blvd. |
| Phone (956) 541-4981 | Brownsville, Texas 78520 |
| Fax (956) 504-3674 | (956) 541-1846 Phone |
| | (956) 541-1893 Fax |

*GC Kraehe для*
*Michael Cowen w/permission*

*GC Kraehe*

| | |
|---|---|
| Michael Cowen | George C. Kraehe |
| Federal Id. No. 19967 | Federal Id. No. 19355 |
| State Bar No. 00795306 | State Bar No. 00792631 |
| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANTS |