11

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 16 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| MARK CRAWFORD, | § | |
|     *Plaintiff*, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. |
| | § | B-00-151 |
| BRUCE CHRISTIAN, in his Individual and | § | (JURY REQUESTED) |
| Official Capacities and | § | |
| SHARYLAND INDEPENDENT | § | |
| SCHOOL DISTRICT, | § | |
|     *Defendants*. | § | |

### DEFENDANTS' CERTIFIED DISCLOSURES OF INTERESTED PARTIES

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

Pursuant to the Court's Order, Defendants' counsel certifies that the only persons, associations, etc., that are known to Defendants to be financially interested in the outcome of this litigation are:

1. Plaintiff Mark Crawford.

2. Defendant Bruce Christian.

3. Defendant Sharyland Independent School District.

Signed on February 16, 2001.

-1-

Respectfully submitted,

WILLETTE & GUERRA, L.L.P.
International Plaza, Ste. 460
3505 Boca Chica Blvd.
Brownsville, Texas 78521
Telephone: (956) 541-1846
Facsimile: (956) 541-1893

By: /s/ George C. Kraehe
George C. Kraehe
State Bar No. 00792631
USDC 19355
Attorneys for Defendants
City of Brownsville and
Brownsville Police Department

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the above and foregoing has been served on all counsel of record, to-wit:

Mr. Michael Cowen, P.C.
ATTORNEY AT LAW
765 East 7th Street
Brownsville, Texas 78520

via certified mail, return receipt requested, on February 16, 2001.

/s/ George C. Kraehe
George C. Kraehe

-2-