12

United States District Court
Southern District of Texas
ENTERED

FEB 21 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARK CRAWFORD, | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. |
| | § | B-00-151 |
| BRUCE CHRISTIAN, in his Individual and | § | (JURY REQUESTED) |
| Official Capacities and | § | |
| SHARYLAND INDEPENDENT | § | |
| SCHOOL DISTRICT, | § | |
| Defendants. | § | |

## CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE

All parties to this case waived their right to proceed before a district judge and consent to have a United States Magistrate Judge conduct all further proceedings, including the trial, entry of final judgment and entry of orders on all post judgment motions.

| Signature | Party Represented | Date |
|---|---|---|
| George C. Kraehe | Bruce Christian, Individually and Official Capacities; Sharyland Independent School District | 2·15·2001 |
| Michael C. Cowen | Mark Crawford | 2/16/01 |

## ORDER TO TRANSFER

This case is transferred to United States Magistrate Judge Felix Recio to conduct all further proceedings, including final judgment and entry of orders on all post judgment motions.

2/20/01
Date

Hilda Tagle
United States District Judge