IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 23 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| MARK CRAWFORD | § | |
| | § | CIVIL ACTION NO. B-00-151 |
| V. | § | |
| | § | |
| BRUCE CHRISTIAN, in his Individual | § | JURY DEMANDED |
| And Official Capacities, and | § | |
| SHARYLAND INDEPENDENT | § | |
| SCHOOL DISTRICT | § | |

### PLAINITFF'S UNOPPOSED MOTION TO CONTINUE THE INITIAL PRETRIAL CONFERENCE SET FOR FEBRUARY 26, 2001

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW, **MARK CRAWFORD**, Plaintiff herein, and files this his Unopposed Motion to Continue the Initial Pretrial Conference set for February 26, 2001, and in support thereof would show as follows:

Plaintiff's counsel is set to appear in the United States Bankruptcy Courtroom in Corpus Christi, Texas in **Case No. 97-24136-C-11/Adv. No. 97-2168-C,** styled **In re: Roy C. Turcotte v. Roy C. Turcotte, et al** for a Pretrial Hearing at 2:00 p.m., which will make it impossible for Plaintiff's counsel to attend the Initial Pretrial Conference set for February 26, 2001 at 1:45 p.m.

This continuance is not sought for mere delay, but so that justice may be done.

**WHEREFORE, PREMISES CONSIDERED,** Plaintiff respectfully requests that this Court enter an Order Granting Plaintiff's Unopposed Motion for Continuance of the Initial Pretrial Conference until Tuesday, March 6, 2001 at 2:30 p.m.

Respectfully submitted,

MICHAEL R. COWEN, P.C.
765 E. 7th Street, Suite A
Brownsville, Texas 78520
(956) 541-4981
(956) 504-3674 (FAX)

*/s/ Michael R. Cowen/*

Michael R. Cowen, P.C.
Federal ID No. 19967
State Bar No. 00795306

WILLETTE & GUERRA, L.L.P.
International Plaza, Suite 460
3505 Boca Chica Blvd.
Brownsville, Tx. 78521
(956) 541-1846
(956) 541-1893 (FAX)

*/s/ George C. Kraehe/*

George C. Kraehe
Federal ID No. 19355
State Bar No. 00792631

## CERTIFICATE OF SERVICE

On this the 22nd day of February, 2001, a true and correct copy of the above and foregoing Plaintiff's Unopposed Motion to Continue the Initial Pretrial Conference set for February 26, 2001 was sent to opposing counsel in the manner indicated below:

Fax No.: 541-1893
**& Regular U.S. Mail**
Mr. George C. Kraehe
WILLETTE & GUERRA, L.L.P.
International Plaza, Suite 460
3505 Boca Chica Blvd.
Brownsville, Tx. 78521

*/s/ Michael R. Cowen/*

Michael R. Cowen