United States District Court
Southern District of Texas
ENTERED

MAR 0 6 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARK CRAWFORD | § | |
| | § | CIVIL ACTION NO. B-00-151 |
| V. | § | (636(c)) |
| | § | |
| BRUCE CHRISTIAN, in his Individual | § | JURY DEMANDED |
| And Official Capacities, and | § | |
| SHARYLAND INDEPENDENT | § | |
| SCHOOL DISTRICT | § | |

### ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO CONTINUE THE INITIAL PRETRIAL CONFERENCE SET FOR FEBRUARY 26, 2001

On this day the Court considered Plaintiff's Unopposed Motion to Continue the Initial Pretrial Conference set for February 26, 2001. The Court is of the opinion that the motion is well taken and should be in all things GRANTED.

**IT IS, THEREFORE, ORDERED**, that Plaintiff's Unopposed Motion to Continue the Initial Pretriral Conference is **GRANTED** and the Initial Pretrial Conference is reset to Tuesday, March 6, 2001 at 2:30 p.m.

SIGNED this __23rd__ day of _____February_____, 2001.

_____
Felix Recio
UNITED STATES MAGISTRATE JUDGE