*16*

COURTROOM MINUTES: **Felix Recio Judge Presiding**
                   **Southern District of Texas, Brownsville Division**

| | | | |
|---|---|---|---|
| Courtroom Clerk | : | M Garcia | |
| ERO | : | L Garcia | |
| CSO | : | Escobedo | |
| Law Clerk | : | J Dart | |
| Date | : | **March 6, 2001 at 2:30 p.m.** | |

United States District Court
Southern District of Texas
FILED

MAR 0 6 2001

Michael N. Milby
Clerk of Court

------------------------------------------------------------------

C.A. NO.  B-00-151 (636(c))

Mark Crawford                    *        M Cowen
vs                               *
Bruce Christian, in his individual *      G Kraehe
and Official Capacities          *
and
Sharyland Independent School     *
District                         *

------------------------------------------------------------------

<u>PRETRIAL CONFERENCE</u>

Attorney Michael Cowen present for the Plaintiff;
Attorney George Kraehe present for the Defendant;

Deft's attorney addresses his Motion for Partial Dismissal;

Deft's attorney asks the Court dismiss the claims against the school district;
Deft's attorney feels remaining claims should be argued at the State Court;

Pf's atty argues the facts;
Pf's atty requests the Court to dismiss his claims so that he can take it to the
5th circuit;

The Court will consider the Deft's Motion for Partial Dismissal and will get
back to the attorneys.