/8

United States District Court
Southern District of Texas
ENTERED

MAR 0 7 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARK CRAWFORD | § § | CIVIL ACTION NO. B-00-151 |
| V. | § § | (636(c)) |
| BRUCE CHRISTIAN, in his Individual And Official Capacities, and SHARYLAND INDEPENDENT SCHOOL DISTRICT | § § § § § | JURY DEMANDED |

### ORDER GRANTING PLAINITFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT

Plaintiff's Unopposed Motion for Leave to File an Amended Complaint is GRANTED. Plaintiff's First Amended Complaint, which was attached to Plaintiff's Unopposed Motion for Leave to File an Amended Complaint, is deemed filed.

SIGNED this the 6th day of March, 2001.

_____
JUDGE PRESIDING