IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

---

No. 01-7

---

MARK CRAWFORD

Plaintiff - Petitioner

v.

B-00-151

BRUCE CHRISTIAN, Individual and Official Capacities;
SHARYLAND INDEPENDENT SCHOOL DISTRICT

Defendants - Respondents

U.S. COURT OF APPEALS
FILED
MAY 10 2001
CHARLES R. FULBRUGE III
CLERK

United States District Court
Southern District of Texas
FILED
MAY 15 2001
Michael N. Milby
Clerk of Court

---

Petition for Leave to Appeal
from an Interlocutory Order

---

Before EMILIO M. GARZA, STEWART and PARKER, Circuit Judges.

BY THE COURT:

IT IS ORDERED that leave to appeal from the interlocutory order of the United States District Court for the Southern District of Texas, Brownsville, entered on March 8, 2001, is denied.

A true copy
Test
Clerk, U.S. Court of Appeals, Fifth Circuit
By _____
Deputy

New Orleans, Louisiana    MAY 10 2001

# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**CHARLES R. FULBRUGE III**
**CLERK**

**TEL. 504-589-6514**
**600 CAMP STREET**
**NEW ORLEANS, LA 70130**

May 10, 2001

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 01-7 Crawford v. Christian
        USDC No.  B-00-CV-151

Enclosed is an order entered in this case.

                                            Sincerely,

                                            CHARLES R. FULBRUGE III, Clerk

                                        By: _____
                                              Peter Conners, Deputy Clerk

/pac
Mr Michael Raphael Cowen
Mr George Christian Kraehe
Mr Michael N Milby, Clerk

MOT-2