21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN 06 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| MARK CRAWFORD | * | |
| | * | |
| VS | * | C.A. NO. B-00-151 |
| | * | (28 USC 636(c)) |
| BRUCE CHRISTIAN, ET AL | * | |

## ORDER SETTING CONFERENCE

A status conference in above-captioned and numbered cause of action is hereby set for **June 27, 2001, at 2:00 p.m.**

DONE at Brownsville, Texas, this 6th day of June 2001.

_____
Felix Recio
United States Magistrate Judge
U.S. Federal Bldg. & Courthouse
2nd Floor, Courtroom No. 1
600 E. Harrison
Brownsville, TX  78520
956/548-2701