22

# CHAMBERS MINUTES

Felix Recio, Judge Presiding
Southern District of Texas, Brownsville Division

United States District Court
Southern District of Texas
FILED

JUN 27 2001

Michael N. Milby
Clerk of Court

Law Clerk:

Date:          June 27, 2001, 2 pm

---

## C.A. NO. B00-151 (636(c))

---

| | | |
|---|---|---|
| MARK CRAWFORD | * | Michael E Cowen |
| VS | | |
| BRUCE CHRISTIAN, in his Individual and Official Capacities, and | * | George C Kraehe |
| SHARYLAND INDEPENDENT SCHOOL DISTRICT | * | " |

---

### STATUS CONFERENCE

Attorneys Cowen and Kraehe appeared.

The Court had previously granted Defendant's 12(b)(6) Motion for Partial Dismissal and certified the Order for interlocutory Appeal (Docket No. 19).

Plaintiff's Petitioner for Leave to Appeal from Interlocutory Appeal was denied by the 5th Circuit on May 10, 2001 (Docket No. 20).

The petitioner's only claims pending at this time are state law claims against Defendant CHRISTIAN.

This Court will exercise supplemental jurisdiction and will, therefore, dismiss the State court claims as well. The Plaintiff shall prepare an order dismissing this cause of action.