23

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

AUG 2 3 2001

| | | |
|---|---|---|
| MARK CRAWFORD | § | |
| | § | CIVIL ACTION NO. B-00-151 |
| V. | § | (636(c)) |
| | § | |
| BRUCE CHRISTIAN, in his Individual | § | JURY DEMANDED |
| And Official Capacities, and | § | |
| SHARYLAND INDEPENDENT | § | |
| SCHOOL DISTRICT | § | |

## ORDER OF DISMISSAL

This Court has previously dismissed Plaintiff's causes of action under Federal law. However, the Court took no action on Plaintiff's state law causes of action while Plaintiff sought leave from the United States Court of Appeals for the Fifth Circuit to prosecute an interlocutory appeal. The Fifth Circuit has since denied Plaintiff's request to prosecute an interlocutory appeal. In light of this denial, the Court declines to exercise supplemental jurisdiction over Plaintiff's state law claims.

IT IS, THEREFORE, ORDERED that Plaintiff's state law claims are dismissed without prejudice to refiling them in state court. This order dismisses all of Plaintiff's pending claims. It is a final order.

SIGNED this 23rd day of August, 2001.

UNITED STATES MAGISTRATE JUDGE