24

United S:
Southern
FILED

SEP 2 1 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| MARK CRAWFORD | § | |
|---|---|---|
| | § | CIVIL ACTION NO. B-00-151 |
| V. | § | |
| | § | |
| BRUCE CHRISTIAN, in his Individual | § | JURY DEMANDED |
| And Official Capacities, and | § | |
| SHARYLAND INDEPENDENT | § | |
| SCHOOL DISTRICT | § | |

## NOTICE OF APPEAL

Notice is hereby given that Mark Crawford, Plaintiff in this case, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the final judgment dismissing this case, which was entered in this action on August 23, 2001.

Respectfully submitted,

MICHAEL R. COWEN , P.C.
765 E. 7th Street, Suite A
Brownsville, Texas 78520
(956) 541-4981
(956) 504-3674 (FAX)

_____
Michael R. Cowen, P.C.
Federal ID No. 19967
State Bar No. 00795306

## **CERTIFICATE OF SERVICE**

On this the 21st day of September, 2001, a true and correct copy of the above and foregoing Notice of Appeal was sent to opposing counsel in the manner indicated below:

**Fax No.: 541-1893**
**& Regular U.S. Mail**
Mr. George C. Kraehe
WILLETTE & GUERRA, L.L.P.
International Plaza, Suite 460
3505 Boca Chica Blvd.
Brownsville, Tx. 78521

_____
Michael R. Cowen