# UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

---

No. 01-41191
Summary Calendar

---

D.C. Docket No. B-00-CV-151

U.S. COURT OF APPEALS
**FILED**

MAY 30 2002

CHARLES R. FULBRUGE III
CLERK

MARK CRAWFORD

    Plaintiff - Appellant

v.

BRUCE CHRISTIAN, Individually and Official Capacities;
SHARYLAND INDEPENDENT SCHOOL DISTRICT

    Defendants - Appellees

United States District Court
Southern District of Texas
FILED

JUN 2 5 2002

Michael N. Milby
Clerk of Court

Appeal from the United States District Court for the
Southern District of Texas, Brownsville.

Before HIGGINBOTHAM, WIENER, and BARKSDALE, Circuit Judges.

### JUDGMENT

This cause was considered on the record on appeal and the briefs on file.

It is ordered and adjudged that the judgment of the District Court is affirmed.

IT IS FURTHER ORDERED that plaintiff-appellant pay to defendants-appellees the costs on appeal to be taxed by the Clerk of this Court.

ISSUED AS MANDATE: JUN 21 2002

A true copy
Test
Clerk, U. S. Court of Appeals, Fifth Circuit

By _____
    Deputy
New Orleans, Louisiana

JUN 21 2002

# United States Court of Appeals

FIFTH CIRCUIT
OFFICE OF THE CLERK

CHARLES R. FULBRUGE III
CLERK

TEL. 504-310-7700
600 CAMP STREET
NEW ORLEANS, LA 70130

June 21, 2002

Mr Michael N Milby, Clerk
Southern District of Texas, Brownsville
United States District Court
Room 1158
600 E Harrison Street
Brownsville, TX 78520

No. 01-41191 Crawford v. Christian
USDC No. B-00-CV-151

Enclosed, for the district court only, is a certified copy of the judgment issued as the mandate.

Enclosed, for the district court only, is a copy of the court's opinion.

Record/original papers/exhibits are returned:

( 1 ) Volumes    (   ) Envelopes    (   ) Boxes

Sincerely,

CHARLES R. FULBRUGE III, Clerk

By: _____
Timothy D. Beckstrom, Deputy Clerk

cc: (letter only)
    Honorable Felix Recio Jr
    Mr Michael Raphael Cowen
    Mr Hugh P Touchy

MDT-1