United States District Court
Southern District of Texas
FILED
JUL 15 2002
Michael N. Milby
Clerk of Court

U.S. COURT OF APPEALS
FILED
JUN 13 2002
CHARLES R. FULBRUGE III
CLERK

U.S. COURT OF APPEALS
RECEIVED
JUN 20 2002
NEW ORLEANS, LA

UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT

BILL OF COSTS   No. CAB-00-151
                     01-41190

Mark Crawford   v.   Bruce Christian, et al

The Clerk is requested to tax the following costs against: Plaintiff Appellant

NOTE: The Bill of Costs is due in this office *within 14 days from the date of the opinion*. See FED. R. APP. P. & 5TH CIR. R. 39. Untimely bills of costs must be accompanied by a separate motion to file out of time, which the court may deny.

| COSTS TAXABLE UNDER<br>FED. R. APP. P. & 5TH CIR. R. 39 | REQUESTED ||||| ALLOWED<br>(If different from amount requested) ||||
|---|---|---|---|---|---|---|---|---|
| | No. of Copies | Pages Per Copy | Cost per Page* | Total Cost | No. of Documents | Pages per Document | Cost per Page* | Total Cost |
| Docket fee ($100.00) | | | | | | | | |
| Appendix or Record Excerpts | | | | | | | | |
| Appellant's Brief | | | | | | | | |
| Appellee's Brief | 10 | 22 | .10 | $22.00 | 10 | 22 | .10 | 22.00 |
| Appellant's Reply Brief | | | | | | | | |
| Other: Answer of Respondent Appellee to Petitioner's Petition for Permission to Appeal | 5 | 10 | .10 | $5.00 | | | | |

Total $ 27.00

Costs are hereby taxed in the amount of $ 22.00 this ___ day of ___

Costs are taxed in the amount of $ 22.00
CHARLES R. FULBRUGE III, CLERK
By ___ Deputy Clerk

State of ___
County of ___

I, Hugh P. Touchy, do hereby swear under penalty of perjury that the services for which fees have been charged were incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this Bill of Costs was this day mailed to opposing counsel, with postage fully prepaid thereon. This 18th day of June 2002.

___ (Signature)

* SEE REVERSE SIDE FOR RULES

CP-JCT-7